IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MONTUE,

        Plaintiff,                              No. CIV S-06-1276 MCE GGH P

    vs.

TERESA A. SCHWARTZ, et al.,

        Defendants.               ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a).

        Review of court records reveals that on at least three prior occasions lawsuits filed by plaintiff have been dismissed on the grounds that they were frivolous or malicious or failed to state a claim upon which relief may be granted. See Order filed November 13, 2000, in Montue v. Hepburn, CIV S-00-1039 FCD GGH P (E.D. Cal.), Order filed December 4, 2000, in Montue v. Ortega, CIV S-00-0402 WBS DAD (E.D. Cal.), and Montue v. California Department of Corrections, CIV S-98-1688 GEB DAD P (E.D. Cal.).[1]

---

[1] Judicial notice may be taken of court records. Valerio v. Boise Cascade Corp., 80 F.R.D. 626, 635 n.1 (N.D. Cal. 1978), aff'd, 645 F.2d 699 (9th Cir.), cert. denied, 454 U.S. 1126

1

Plaintiff is therefore precluded from proceeding in forma pauperis in this action unless plaintiff is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff has not alleged any facts which suggest that he is under imminent danger of serious physical injury. Thus, plaintiff must submit the appropriate filing fee, $350, in order to proceed wiht this action.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit, within twenty days of the date of this order, the appropriate filing fee, $350. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: 7/6/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kj
mont1276.ord

---

(1981).