IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MONTUE,

    Plaintiff,                    No. CIV S-06-1276 MCE GGH P

    vs.

TERESA A. SCHWARTZ, et al.,

    Defendants.              ORDER

_____/

        On June 26, 2006, the plaintiff submitted a partial payment of $150.00.  On July 6, 2006, the court ordered plaintiff pay the complete filing fee of $350.00.  Plaintiff has requested an extension of time to submit the unpaid balance of $200.00.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 26, 2006 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order to submit the remaining unpaid balance of $200.00.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED:  8/2/06

                                    /s/ Gregory G. Hollows
                                    _____
                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:bb
mont1276.36