IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MONTUE,

    Plaintiff,                      No. CIV S-06-1276 MCE GGH P

    vs.

TERESA SCHWARTZ, et al.,

    Defendants.           <u>ORDER</u>

          Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

          On December 15, 2006, the court ordered plaintiff to serve defendants with process within sixty days. On January 30, 2007, plaintiff filed a motion for an extension of time to serve defendants. Plaintiff is granted a forty-five day extension of time. No further extensions

1

of time will be granted but for a showing of substantial cause.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's January 30, 2007 request for the appointment of counsel is denied;

    2. Plaintiff's January 30, 2007, motion for extension of time is granted; plaintiff is granted forty-five days from the date of this order to serve defendants; no further extensions of time will be granted but for a showing of substantial cause.

DATED: 2/7/07

                /s/ Gregory G. Hollows

                GREGORY G. HOLLOWS
                UNITED STATES MAGISTRATE JUDGE

GGH:bb
mont1276.31

2