1
2
3
4
5
6
7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JOHN MONTUE,

11           Plaintiff,                   No. CIV S-06-1276 MCE GGH P

12      vs.

13  TERESA SCHWARTZ, et al.,

14           Defendants.          ORDER

15  _____/

16           Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. §

17  1983. Plaintiff paid the filing fee. On December 15, 2006, the court found that the amended

18  complaint stated a colorable claim for relief. The court ordered plaintiff to complete service of

19  process within sixty days. On February 8, 2007, the court granted plaintiff a forty-five day

20  extension of time to serve defendants.

21           On March 22, 2007, plaintiff filed a status report stating that he served defendants.

22  Plaintiff states that he served defendants with the complaint and summons by first class mail.

23           Fed. R. Civ. P. 4(e) provides that service upon individuals within a judicial

24  district from whom a waiver of service has not been obtained may be made by personal service or

25  pursuant to the law of the state in which the district court is located.

26  /////

1

Although California law permits service of a summons by mail, such service is valid only if a signed acknowledgment is returned and other requirements are complied with. Cal. Code Civ. Pro. § 415.30.[1] Plaintiff did not comply with the requirements of § 415.30 because he did not serve defendants with two copies of the notice required in § 415.30 and a return envelope, postage paid, addressed to plaintiff. Plaintiff will be afforded one additional opportunity to serve defendants properly.

Accordingly, IT IS ORDERED that:

1. Plaintiff is granted thirty days to properly serve defendants;

2. The Clerk of the Court is directed to re-issue and re-send plaintiff the summons listed in court file document no. 11. The Clerk shall also send plaintiff one copy of the form "Consent to Proceed Before United States Magistrate Judge" with this order.

DATED:  4/20/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

montue.ord

---

[1] Cal. Civ. Pro. Code § 415. 30 provides:
"(a) A summons may be served by mail as provided in this section. A copy of the summons and of the complaint shall be mailed (by first-class mail or airmail, postage prepaid) to the person to be served, together with two copies of the notice and acknowledgment provided for in subdivision (b) and a return envelope, postage prepaid, addressed to the sender.
(b) The notice specified in subdivision (a) shall be in substantially the following form:
(Title of court and cause, with action number, to be inserted by the sender prior to mailing)
NOTICE
To: (Here state the name of the person to be served.)
This summons is served pursuant to Section 415.30 of the California Code of Civil Procedure. Failure to complete this form and return it to the sender within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons upon you in any other manner permitted by law... [T]his form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons is deemed served on the date of execution of an acknowledgment of receipt of summons."