1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JOHN MONTUE,

11           Plaintiff,              No. CIV S-06-1276 MCE GGH P

12      vs.

13  TERESA SCHWARTZ, et al.,

14           Defendants.

15  _____/

16  JOHN MONTUE,

17           Plaintiff,              No. CIV S-99-1282 LKK GGH P

18      vs.

19                                   <u>NON-RELATED CASE ORDER</u>
    NATIONAL CONCRETE, et al.,
20
             Defendants.
21  _____/

22

23          On December 12, 2007, plaintiff filed a request to relate the above-captioned

24  cases. <u>See</u> Local Rule 83-123, E.D. Cal.  The court has determined, however, that it is

25  inappropriate to relate or reassign the cases, and therefore declines to do so.

26  \\\\\

1       This order is issued for informational purposes only and shall have no effect on
2 the status of the cases.
3 DATED: 01/14/08

                                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              U.S. Magistrate Judge

montue.rel